**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2140**

———————

LATRESE D. SCOTT-BROWN,

                                        Plaintiff - Appellant,

        versus

WILLIAM COHEN, Secretary of Defense,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-00-3570-AW)

———————

Submitted:  December 19, 2002      Decided:  December 30, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Latrese D. Scott-Brown, Appellant Pro Se.  Thomas Frank Corcoran,
Assistant United States Attorney, Jennifer Lilore Huesman, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Latrese D. Scott-Brown appeals from the district court's orders granting summary judgment to the Defendants as to some claims and a monetary judgment based upon a jury verdict in her favor as to other claims in this action pursuant to Title VII of the 1964 Civil Rights Act, 42 U.S.C. § 2000e. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Scott-Brown v. Cohen, No. CA-00-3570-AW (D. Md. Aug. 14, 2001; July 15, 2002; filed July 18 and entered July 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2